UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | |
|---|---|
| Case No. 8:23-cv-01187-JWH(KESx) | Date October 5, 2023 |
| Title *Fatima Imazan v. Sunpath LTD et al* | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) Order to Show Cause re Dismissal for Lack of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a Defendant within 90 days after the complaint is filed.  Fed. R. Civ. Proc. 4(m).

In the present case, it appears that Plaintiff has not served the summons and complaint on one or more Defendants.  Accordingly, the Court, on its own motion, hereby orders Plaintiff to show cause in writing on or before **October 13, 2023, 2023,** why this action should not be dismissed, with respect to each Defendant who has not been served, for lack of prosecution.  Pursuant to Rule 78ed of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  This Order to Show Cause will be discharged if Plaintiff files, before the deadline set forth above, a proof of service of the summons and complaint. *If the deadline to Answer has already passed, plaintiff(s) must also file a Request for Default or Stipulation Extending Time to Answer.*

**IT IS SO ORDERED.**