JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATIMA IMAZAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUNPATH LTD.; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. 8:23-cv-01187-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 13] entered on or about October 12, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 19, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE